UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NICK HYDE,**

       **Plaintiff,**                                          **Case No. 2:20-cv-3635**
     **v.**                                                   **JUDGE EDMUND A. SARGUS, JR.**
                                                            **Magistrate Judge Kimberly A. Jolson**

**MIDWEST MOTOR SUPPLY, INC. et al.,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 6, 2020. (ECF No. 17.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES WITHOUT PREJUDICE** this action against the Doe Defendants pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process. This case is to remain open.

      IT IS SO ORDERED.


**10/13/2021**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                  **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**